# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

December 16, 2024

**By ECF/Email**
Honorable Edgardo Ramos
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

Re:   <u>United States v. Ruben Rodriguez-Melendez</u>, 24 Cr. 372 (ER)

Dear Judge Ramos:

I write with the Government's consent to respectfully request a 30-day adjournment of the status conference scheduled for December 18, 2024. This is the fourth request for an adjournment, and the second by Mr. Rodriguez-Melendez. The adjournment we request would allow the parties to continue, and likely complete, their discussions about a potential pre-trial resolution. For that reason, Mr. Rodriguez Melendez consents to the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), through the date of the next scheduled conference.

Thank you for your consideration of this request.

Respectfully submitted,

Ariel Werner
Assistant Federal Defender
212-417-8770

cc:   Benjamin Burkett, Assistant U.S. Attorney

---

The status conference is adjourned to January 24, 2025, at 11:30 a.m. Speedy trial time is excluded from December 18, 2024, until January 24, 2025, in the interest of justice. SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: 12/16/2024
New York, New York