

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

January 21, 2025

**BY ECF**
The Honorable Edgardo Ramos
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

# MEMO ENDORSED

Re:   *United States v. Ruben Rodriguez-Melendez*, 24 Cr. 372 (ER)

Dear Judge Ramos:

The Government writes to inform the Court that the defendant in the above-captioned case has expressed his intention, through counsel, to waive indictment, consent to the filing of a superseding information, and plead guilty to the crimes charged in that superseding information pursuant to a plea agreement.

The next conference in this matter is scheduled for January 24, 2025. The undersigned Assistant United States Attorney will be unable to appear at that conference due to personal travel. The Government thereby requests that the conference be adjourned to January 30, 2025, at 10:30 a.m., and that the conference be converted into a waiver-of-indictment and change-of-plea hearing. I have conferred with Ariel Werner, Esq., who has informed me that the defense has no objection to the requested adjournment.

Respectfully submitted,

DANIELLE R. SASSOON
United States Attorney for the
Southern District of New York

By: Benjamin M. Burkett
Benjamin M. Burkett
Assistant United States Attorney
(212) 637-2455

The January 24 conference is adjourned, and a change of plea hearing will be held on January 30, 2025, at 10:30 a.m.
SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: 1/22/2025
New York, New York

cc:   Ariel Werner, Esq.